IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENE EDWARD SCOTT II, Dr., Psy.D.;<br><br>Plaintiff,<br><br>vs.<br><br>UNKNOWN,<br><br>Defendant. | **8:26CV300**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis. Filing No. 10. Plaintiff filed a Notice of Appeal, Filing No. 9, on August 26, 2026.[1] Plaintiff appeals from the Court's Memorandum and Order and Judgment dated July 15, 2026, Filing Nos. 7 & 8, in which the Court dismissed this matter with prejudice.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis . . .

> (3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> > (A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The Court finds that because Plaintiff proceeded IFP in the district court, he

[1] Plaintiff's Notice of Appeal and Motion were received in this Court on September 9, 2026, after they were forwarded from the Eighth Circuit Court of Appeals where Plaintiff initially sent the filings. *See* Filing No. 9 at 2.

may now proceed on appeal in forma pauperis without further authorization.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Appeal in Forma Pauperis, Filing No. 10, is granted.

Dated this 14th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge